I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL *Petitioner*
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _4·17·12_

_____
DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROY LEE MORTON,                     ) Case No. SA CV 12-0231-PSG (JPR)
                                    )
                    Petitioner,     )
                                    )        **J U D G M E N T**
            vs.                     )
                                    )
RANDY GROUNDS, Warden,              )
                                    )
                    Respondent.     )
                                    )
_____)

        In accordance with the Order Denying Petition and
Dismissing Action,

        IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: _4/16/12_

                            _____
                            PHILIP S. GUTIERREZ
                            U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 1 7 2012

CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY