I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4-17-12

DEPUTY CLERK

**JS-6 / ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

ROY LEE MORTON,

                Petitioner,

        vs.

RANDY GROUNDS, Warden,

                Respondent.

) Case No. SA CV 12-0231-PSG (JPR)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)

    In accordance with the Order Denying Petition and Dismissing Action,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 4/16/12

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 17 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY